UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose L. Linares

v. : Criminal No. 10-017 (JLL)

JOHN GUARINI : **ORDER**

This matter having been opened to the Court on the joint application of defendant John Guarini (W. Scott Murphy, Esq., appearing) for an Order resetting the dates for the filing of pretrial motions. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The defendant requires additional time to review discovery and to determine which, if any, pretrial motions will be filed.

2. The United States has consented to the defendant's request for additional time.

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this 1st day of ~~February~~ March, 2010, ORDERED that:

1. The defendant shall file any motions on or before March 16, 2010;

4. The United States shall respond to such motions on or before March 30, 2010;

5. The return date for pretrial motions shall be  APRIL 12, 2010 ;

6. A case management conference shall be held on APRIL 26, 2010 @ 11:30 am; and

7. Trial shall commence on May 11, 2010.

8. The time period from the date of this Order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

9. The remaining provisions of the Order for Discovery and Inspection dated January 21, 2010 shall remain in full force and effect.

HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

Christopher J. Gramiccioni
Assistant U.S. Attorney

W. Scott Murphy, Esq.
Counsel for defendant John Guarini

 "Gramiccioni, Chris (USANJ) 2" <Chris.Gramiccioni@usdoj.gov>
02/24/2010 03:06 PM

To <lissette_rodriguez@njd.uscourts.gov>
cc
bcc
Subject US v. John Guarini

Lissette,

    Attached is a signed consent continuance order resetting the defendant's motions filing date by 30 days. If this electronic version is not acceptable, I can send you a version with original signature (at least by me). Thanks.

Chris

<<2010_02_24_15_04_59.pdf>> 2010_02_24_15_04_59.pdf