UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-017 (JLL) |
| JOHN GUARINI | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant John Guarini (W. Scott Murphy, Esq., appearing) for an Order resetting the dates for the filing of pretrial motions. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The defendant requires additional time to review discovery and to determine which, if any, pretrial motions will be filed.

2. The United States has consented to the defendant's request for additional time.

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this 19th day of March, 2010,
ORDERED that:

1. The defendant shall file any motions on or before March 24, 2010;

4. The United States shall respond to such motions on or before April 7, 2010; and

5. The remaining provisions of the Order for Discovery and Inspection dated January 21, 2010 shall remain in full force and effect.

									_____
									HON. JOSE L. LINARES
									United States District Judge

On Consent of the Parties:

_____
Christopher J. Gramiccioni
Assistant U.S. Attorney

_____
W. Scott Murphy, Esq.
Counsel for defendant John Guarini

2