UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-017 (JLL) |
| JOHN GUARINI | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant John Guarini (W. Scott Murphy, Esq., appearing) and Paul J. Fishman, United States Attorney (Christopher J. Gramiccioni, Esq., appearing) for an Order setting a date for a pretrial conference. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The defendant requires additional time to review discovery and to determine whether a plea disposition is in his best interest.

2. The United States has consented to the defendant's request for additional time.

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this 12 day of July, 2010,

ORDERED that:

1. A case management conference shall be held on July 28, 2010 at 2:30 p.m.; and

7. A trial date shall be scheduled by the Court at the pretrial conference.

8. The time period from June 15, 2010 to July 28, 2010, the date of the case management conference, shall be excluded from computing time under the Speedy Trial Act of 1974; and

9. The remaining provisions of the Order for Discovery and Inspection dated January 21, 2010 shall remain in full force and effect.

_____
HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

_____
Christopher J. Gramiccioni
Assistant U.S. Attorney

_____
W. Scott Murphy, Esq.
Counsel for defendant John Guarini