UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-017 (JLL) |
| JOHN GUARINI | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant John Guarini (W. Scott Murphy, Esq., appearing) and Paul J. Fishman, United States Attorney (Christopher J. Gramiccioni, Esq., appearing) for an Order granting a continuance in the proceedings for a period of 60 days, and for the scheduling of a trial date. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. The defendant and counsel require additional time to explore whether the defendant would financially qualify for court-appointed representation. Furthermore, should new counsel be appointed, the incoming attorney will require an opportunity to review discovery and become familiar with the defendant's case.

2. The United States has consented to the defendant's request for additional time.

3. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the

continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this 4th day of ~~July~~ August 2010,

ORDERED that:

1. This proceeding is continued for a period of 60 days from July 28, 2010 through and including August 24, 2010, and this time period shall be excluded from computing time under the Speedy Trial Act of 1974.

2. A case management conference shall be held on September 27, 2010 at 2 PM ~~at a time to be determined.~~

3. Trial shall commence on March 1st, 2011.

4. The remaining provisions of the Order for Discovery and Inspection dated January 21, 2010 shall remain in full force and effect.

HON. JOSE L. LINARES
United States District Judge

On Consent of the Parties:

Christopher J. Gramiccioni
Assistant U.S. Attorney

W. Scott Murphy, Esq.
Counsel for defendant John Guarini

2