UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, U.S.D.J. |
| v. | : | Crim. No. 10-17 (WHW) |
| JOHN GUARINI | : | <u>ORDER</u> |

This matter having been opened to the Court on the application of defendant John Guarini for an Order terminating his representation by William Scott Murphy, Esq., the defendant's attorney of record, in this matter. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. As represented during a hearing before the Court on July 28, 2010, the defendant and Mr. Murphy have continually encountered irreconcilable differences that have precluded Mr. Murphy from properly representing the defendant in this case.

2. As a result of these differences, Mr. Murphy is unable to effectively communicate with the defendant and therefore cannot properly assist the defendant in preparing a defense in this case.

IT IS, therefore, on this __19th__ day of August, 2010,

ORDERED that:

1. Mr. Murphy is relieved from representing the defendant in this matter. Since the defendant has made a showing of indigency, the Court hereby appoints the Office of the Federal

Public Defender as counsel to represent the defendant in this case.

    2. Mr. Murphy shall expeditiously forward his entire case file to new counsel.

    3. The defendant and newly appointed counsel shall appear for a pretrial conference on September 27, 2010 at 2:00 p.m. for further scheduling of this case.

_____
HON. JOSE L. LINARES
United States District Judge