UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-017 (JLL) |
| JOHN GUARINI | : | **ORDER** |

This matter having been opened to the Court on the joint application of defendant John Guarini (Peter Carter, Esq, appearing) and Paul J. Fishman, United States Attorney, (Christopher J. Gramiccioni and Bradley A. Harsch, appearing) for an Order granting a continuance in the aforementioned case, and for the scheduling of dates for the next pretrial conference and commencement of trial. Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

1. On August 19, 2010, the Court appointed the Office of the Federal Public Defender to represent the defendant in this case. The defendant, together with newly appointed counsel, will require additional time to familiarize himself with the case, review discovery, and to determine whether a plea disposition is in his best interest.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this _____ day of January, 2011, ORDERED that:

1. A case management conference shall be held on April 25, 2011 at 11:00 a.m., and trial shall commence on June 13, 2011 at 9:30 a.m.

2. The time period from the date of this Order through June 13, 2011 shall be excluded from computing time under the Speedy Trial Act of 1974; and

3. The remaining provisions of the Order for Discovery and Inspection dated January 21, 2010 shall remain in full force and effect.

HON. JOSE L. LINARES
United States District Judge