UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares

v.    :    Criminal No. 10-017 (JLL)

JOHN GUARINI    :    **ORDER**

This matter having been opened to the Court on the joint application of defendant John Guarini (Peter Carter, Esq, appearing) and Paul J. Fishman, United States Attorney (Bradley A. Harsch, appearing) for an Order granting a continuance in the aforementioned case, and for the scheduling of dates for pre-trial discovery and the filing of pre-trial motions; and trial in this matter having been scheduled to commence on October 17, 2011; and the Court having found such Order to be appropriate and good cause having been shown; the Court makes the following findings in support of entering such Order:

1.  The defendant desires additional time to familiarize himself with the case, review discovery, prepare for trial, and to determine whether a plea disposition is in his best interest;

2.  Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this 23rd day of June, 2011, ORDERED that:

1. The time period from the date of this Order through October 17, 2011 shall be excluded from computing time under the Speedy Trial Act of 1974;

2. If the government intends to call Solomon Dwek as a witness in its case-in-chief, the government shall produce to the defendant any materials under United States v. Giglio, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500, pertaining to that witness on or before September 9, 2011;

3. Motions in limine, motions to introduce or exclude evidence under Fed.R.Evid. 404(b), and other pre-trial motions shall be filed on or before September 23, 2011; and

4. The remaining provisions of the Order for Discovery and Inspection dated January 21, 2010 shall remain in full force and effect.

HON. JOSE L. LINARES
United States District Judge

2

Accepted and Acknowledged:

UNITED STATES ATTORNEY
PAUL J. FISHMAN

BY: _____
      Bradley A. Harsch
      Assistant U.S. Attorney


DEFENDANT JOHN GUARINI
       (by his counsel)

BY: _____
      Peter Michael Carter
      Assistant Federal Public Defender

3